GOOLD v. NEW YORK, N. H. & H. R. CO. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Action by Helen S. Goold against the New York, New Haven & Hartford Railroad Company. With this case has been consolidated in this court cases bearing titles as follows: Dezso Fuchs against the North German Lloyd Steamship Company; Runkel Bros. v. Jas. T. Caparell; Simon Horowitz v. Harris Bronstein. No opinion. Appli-

ations for leave to appeal from Appellate Term denied, with $10 costs in each case. Orders signed.